UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANYANN PENA,<br><br>Defendant. | CASE NO.:  18cr1583 JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION /TRIAL SETTING HEARING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion/trial setting hearing (Doc. No. 23) scheduled for May 11, 2018, to ***Friday, July 13, 2018 at 11:00 a.m.*** be GRANTED. Time is excluded in accordance with 18 USC Section 3161.

DATED: May 8, 2018

**JEFFREY T. MILLER**
United States District Judge